AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern                     District of                    Texas

US MARSHALS SERVICE N/TX
DALLAS, TEXAS
2019 AUG -9 P 3:27

UNITED STATES OF AMERICA

V.

Paulino Gomez Betancourt
aka Primitivo Tello Montes

**WARRANT FOR ARREST**

Case Number: 3:19-cr-00371-L

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Paulino Gomez Betancourt_____
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ✓ Indictment | Information | Complaint | Order of court | Probation Violation Petiton | Supervised Release Violation Petition | Violation Notice |

charging him or her (brief description of offense)

Conspiracy to Possess with Intent to Distribute a Controlled Substance
Possession with Intent to Distribute a Controlled Substance

in violation of Title  21   United States Code, Section(s)  846; 841(a)(1) & (b)(1)(C)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell* (signature)
Signature of Issuing Officer

Magistrate Judge Renee H Toliver          8/8/2019           Dallas, TX
                                            Date              Location

By: s/E. Monk
    Deputy Clerk

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Dallas Texas

| DATE RECEIVED 8/9/19 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 8/9/19 | TFO Hunter Palmer | (signed) |

1122600