AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Primitivo Tello Montes<br><br>*Defendant* | )<br>)  Case No.<br>)<br>)  3-19MJ632-BT<br>)<br>) |

*[Stamp: 2019 JUL 18 PM 2:55]*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Primitivo Tello Montes                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   21 U.S.C. § 841  - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE


Date:  07/16/2019                                   _____
                                                    *Issuing officer's signature*

City and state:  DALLAS, TEXAS                      REBECCA RUTHERFORD, U.S. MAG. JUDGE
                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/16/19 , and the person was arrested on *(date)* 7/16/19
at *(city and state)* Dallas Texas (75216) .

Date: 7/17/19                                       _____
                                                    *Arresting officer's signature*

                                                    TFO Hunter Palmer
                                                    *Printed name and title*

DEA                                                                                              1122600