AO 442 (Rev. 11/11) Arrest Warrant

SEALED

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSE MARIA-UVALLE (1) | ) | Case No. 3:19-MJ- |
| | ) | **3-19MJ634-BT** |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jose Maria-Uvalle,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841 (a)(1) and (b)(1)(A)  Possession with intent to distribute and the distribution of 500 grams or more of a substance and mixture containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Date: July 18, 2019

City and state: Dallas, Texas

Issuing officer's signature

REBECCA RUTHERFORD, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/18/19, and the person was arrested on *(date)* 7/18/19
at *(city and state)* Dallas, Texas (75217).

Date: 7/18/19

Arresting officer's signature

TFO Hunter Palmer
*Printed name and title*

DEA                                                                                          10127014

AO 442 (Rev. 11/11) Arrest Warrant

SEALED

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:19-MJ- |
| JEFER RODRIGUEZ-ROSALES (2) | ) | **3-19MJ634-BT** |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jefer Rodriguez-Rosales

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841 (a)(1) and (b)(1)(A)   Possession with intent to distribute and the distribution of 500 grams or more of a substance and mixture containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Date: July 18, 2019

*Issuing officer's signature*

City and state:   Dallas, Texas            REBECCA RUTHERFORD, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/16/19, and the person was arrested on *(date)* 7/18/19
at *(city and state)* Dallas Texas (75217).

Date: 7/19/19

*Arresting officer's signature*

TFO Hunter Palmer
*Printed name and title*

DEA                                                                                          10934843