ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:19-CR-371-L |
| JOSE MARIA UVALLE (03) | |

## FACTUAL RESUME

In support of Maria Uvalle's's plea of guilty to the offense in Count 2 of the Indictment, Maria Uvalle's, the defendant, Robert Herrington, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count 2 of the Indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), that is, Possession with Intent to Distribute a Controlled Substance, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*    That the defendant knowingly possessed a controlled substance;

*Second.*   That the substance was in fact a mixture or substance containing a detectable amount of methamphetamine; and

*Third.*    That the defendant possessed the substance with the intent to distribute it.

## STIPULATED FACTS

1.  On or about June 14, 2019, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, Jose Maria Uvalle, knowingly possessed with

---

[1] Pattern Crim. Jury Instr. 5th Cir. 2.93 (2015).

Factual Resume—Page 1

intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

2. More specifically, on June 14, 2019, Maria Uvalle's was in possession of approximately one kilogram of methamphetamine, which he intended to distribute.

[remainder of page left intentionally blank]

3. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count 2 of the Indictment.

AGREED TO AND STIPULATED on this 2nd day of December, 2019.

ERIN NEALY COX
UNITED STATES ATTORNEY

X
*Jose Maria*
JOSE MARIA UVALLE
Defendant

P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia State Bar No. 73215
1100 Commerce Street, Third Floor
Tel: 214-659-8680
Fax: 214-659-8812
Email: philip.meitl@usdoj.gov

ROBERT HERRINGTON
Attorney for Defendant