IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:19-CR-371-L |
| | § | |
| JOSE MARIA UVALLE (02) | § | |

## ORDER RESETTING SENTENCING HEARING

The court hereby **resets** the sentencing hearing, previously set in this case for Defendant Uvalle, for June 1, 2020, to **Friday, December 18, 2020**, at **1:30 p.m.** All other portions of the court's Sentencing Scheduling Order remain in effect. *Counsel are directed to advise all interested persons that this matter has been reset*.

**It is so ordered** this 2nd day of October, 2020.

Sam A. Lindsay
United States District Judge

Order – Solo Page