IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case Number: 3:19-CR-371-L |
| | § | |
| PAULINO GOMEZ BETANCOURT (01) | § | |
| | § | |

### ORDER SETTING GUILTY PLEA HEARING VIA VIDEO TELECONFERENCE

In Third Amended Special Order 13-9, the Chief Judge of the Northern District of Texas authorized—under authority granted by the Coronavirus Aid, Relief, and Economic Security Act (CARES Act), and based on findings of the Judicial Conference of the United States that emergency conditions will materially affect the functioning of the court—the use of video teleconferencing for certain criminal proceedings, including guilty plea hearings. Additionally, the Chief Judge found that felony guilty pleas cannot be conducted in person without seriously jeopardizing public health and safety. If a district judge in a particular case finds, for specific reasons, that the felony guilty plea cannot be further delayed without serious harm to the interests of justice, the felony guilty plea may be conducted by video teleconferencing. A video teleconference may only take place, however, with the consent of Defendant after consultation with counsel.

The court hereby finds that the felony guilty plea hearing in this case cannot be further delayed without serious harm to the interests of justice. Although the court would prefer not to conduct felony guilty plea hearings via video teleconference, it finds that delaying the hearing would cause serious harm to the interests of justice. An indefinite delay of the felony guilty plea

hearing could undermine the public's confidence in the judicial system, including the community, and any victims.

Given the Third Amended Special Order 13-9's authorization, the ongoing national emergency, and the need to protect all participants before the court, Defendant's felony guilty plea hearing will be held on **Tuesday, April 6, 2021, at 11:00 a.m., before United States Magistrate Judge Renee Harris Toliver**. Magistrate Judge Toliver will confirm on the record that the Defendant consents to proceeding via video teleconference. Once available, counsel and all participants, including members of the public who request to participate, will receive a link and instructions for joining the hearing.

**It is so ordered** this 3rd day of March, 2021.

_____
SAM A. LINDSAY
UNITED STATES DISTRICT JUDGE