IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 3:19-CR-371-L |
| | § | |
| PAULINO GOMEZ BETANCOURT, | § | |

NOTICE OF SUBSTITUTION OF COUNSEL

Defendant **PAULINO GOMEZ BETACOURT** hereby notifies this Court of the substitution of counsel on the above-captioned matter. SHERY KIME-GOODWIN, Assistant Federal Public Defender, will be substituted as counsel of record in place of MARIA GABRIELA VEGA, Assistant Federal Public Defender, who was originally assigned to handle this case.

Respectfully submitted,

*/s/ Shery Kime-Goodwin*
SHERY KIME-GOODWIN
Assistant Federal Public Defender
Northern District of Texas
Texas Bar #
525 Griffin Street, Suite 629
Dallas, Texas 75202
Phone (214) 767-2746
Fax (214) 767-2886
Shery_kime-goodwin@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on September 06, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

*/s/ Shery Kime-Goodwin*
SHERY KIME-GOODWIN