CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (El Paso)
# CRIMINAL DOCKET FOR CASE #: 3:21-mj-02379-RFC-1

| | |
|---|---|
| Case title: USA v. Murga | Date Filed: 11/03/2021 |
| | Date Terminated: 11/09/2021 |

Assigned to: Judge Robert F. Castaneda

### Defendant (1)

| | | |
|---|---|---|
| **Lesly Anaiss Murga**<br>*TERMINATED: 11/09/2021* | represented by | **Louis E. Lopez , Jr.**<br>Attorney at Law<br>416 N. Stanton Fourth Floor<br>Suite 400<br>El Paso, TX 79901<br>(915) 543-9800<br>Fax: (915) 543-9804<br>Email: llopez@lelopezlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| RULE 5 INDICTMENT | |

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Herbert Bunton** |

U.S. Attorney's Office - WDTX
700 E. San Antonio Avenue
El Paso, TX 79901
915-534-6884
Email: herbert.bunton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2021 | 1 | Arrest (Rule 5/Rule 32.1) of Lesly Anaiss Murga (mv) (Entered: 11/04/2021) |
| 11/03/2021 | 2 | MOTION to Detain Defendant without Bond by USA as to Lesly Anaiss Murga. (mv) (Entered: 11/04/2021) |
| 11/03/2021 | 4 | Minute Entry for proceedings held before Judge Robert F. Castaneda:Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Lesly Anaiss Murga held on 11/3/2021 NO BOND SET *RETAINED ATTORNEY* (Minute entry documents are not available electronically.), Spanish Language Interpreter NOT required as to Lesly Anaiss Murga (Court Reporter ERO-ZOOM.) (mv) (Entered: 11/04/2021) |
| 11/03/2021 |   | ORAL ORDER OF TEMPORARY DETENTION: NO BOND SET as to Lesly Anaiss Murga by Judge Robert F. Castaneda. (mv) (Entered: 11/04/2021) |
| 11/03/2021 | 5 | ORDER SETTING IDENTITY/DETENTION HEARING - ZOOM as to Lesly Anaiss Murga, ( Detention Hearing set for 11/8/2021 11:00 AM before Judge Robert F. Castaneda, Identity Hearing set for 11/8/2021 11:00 AM before Judge Robert F. Castaneda,). Signed by Judge Robert F. Castaneda. (mv) (Entered: 11/04/2021) |
| 11/04/2021 | 3 | NOTICE OF ATTORNEY APPEARANCE: Louis E. Lopez, Jr appearing for Lesly Anaiss Murga (mv) . (Entered: 11/04/2021) |
| 11/04/2021 | 6 | AMENDED ORDER SETTING IDENTITY/DETENTION HEARING- ZOOM as to Lesly Anaiss Murga, ( Detention Hearing set for 11/8/2021 11:00 AM before Judge Robert F. Castaneda, Identity Hearing set for 11/8/2021 11:00 AM before Judge Robert F. Castaneda,), Order Regarding Due Process Protections Act as to Lesly Anaiss Murga. Signed by Judge Robert F. Castaneda. (mv) (Entered: 11/04/2021) |
| 11/04/2021 | 7 | NOTICE OF ATTORNEY APPEARANCE Herbert Bunton appearing for USA. . Attorney Herbert Bunton added to party USA(pty:pla) (Bunton, Herbert) (Entered: 11/04/2021) |
| 11/08/2021 |   | ORAL IDENTITY WAIVER - Rule 5/Rule 32.1 as to Lesly Anaiss Murga. (mv) (Entered: 11/08/2021) |
| 11/08/2021 |   | ORAL ORDER BOND SET as to Lesly Anaiss Murga, Bond set as to Lesly Anaiss Murga (1) $20K-10% C.D. by Judge Robert F. Castaneda. (mv) (Entered: 11/08/2021) |
| 11/08/2021 | 8 | Minute Entry for proceedings held before Judge Robert F. Castaneda:Detention |

| | | |
|---|---|---|
| | | Hearing as to Lesly Anaiss Murga held on 11/8/2021 BOND SET (Minute entry documents are not available electronically.), Spanish Language Interpreter NOT required as to Lesly Anaiss Murga, Due Process Protections Act Warning given in Open Court as to Lesly Anaiss Murga (Court Reporter ERO-ZOOM.) (mv) (Entered: 11/08/2021) |
| 11/09/2021 | 10 | IDENTITY WAIVER - Rule 5/Rule 32.1 as to Lesly Anaiss Murga. (mv) (Entered: 11/09/2021) |
| 11/09/2021 | 11 | APPEARANCE Bond Filed as to Lesly Anaiss Murga in amount of $ $20K-10% C.D.. Receipt # 300038555. (Attachments: # 1 UNREDACTED BOND) (mv) (Entered: 11/09/2021) |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
NOV - 3 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § § § |
| v. | § No. EP-21-M-2379-RFC § (NORTHERN DISTRICT OF TEXAS § Case No. 3:19-CR-371-L) |
| LESLY ANAISS MURGA, | § § |
| Defendant. | § § |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant has been charged by indictment for a violation of the Controlled Substances Act which carries a term of imprisonment of over ten (10) years in Case No. 3:19-CR-371-L.

2. The Defendant was arrested on a warrant out of the Northern District of Texas, Dallas Division, charging Defendant with a violation of Title 21, United States Code, Section 846.

3. The Defendant has a prior criminal history.

4. The Defendant is a United States citizen with strong ties to Mexico, and, as such, presents a high risk of fleeing to avoid prosecution on this charge.

5. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

        Respectfully submitted,

        ASHLEY C. HOFF
        UNITED STATES ATTORNEY

By: *Herbert L. Bunton, AAA*
    HERBERT L. BUNTON III
    Assistant U.S. Attorney
    Pennsylvania Bar #210030
    700 E. San Antonio, Suite 200
    El Paso, Texas 79901
    (915) 534-6884

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CAUSE NO. EP-21-MJ-02379-RFC |
| § | |
| LESLY ANAISS MURGA § | |

**ENTRY OF APPEARANCE AS COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW the undersigned counsel in the above styled case and submits this entry of appearance as counsel and in support shows the following:

I.

The defendant has retained LOUIS ELIAS LOPEZ OF 416 N. Stanton, Ste. 400, El Paso, Texas 79901 to represent her in this case. Undersigned counsel respectfully requests that this Court allow his entry into the above numbered and styled cause.

WHEREFORE PREMISES CONSIDERED, undersigned counsel would respectfully requests that this entry be allowed.

Respectfully submitted,

/s/ LOUIS E. LOPEZ JR.
SBN TX 00787923/NM 16814
416 N. Stanton, Suite 400
El Paso, TX 79901
(915) 543-9800
Facsimile (915) 543-9804
Cellular (915) 613-6668
E-mail: llopez@lelopezlaw.com
www.lelopezlaw.com
ATTORNEY FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

I, LOUIS E. LOPEZ, hereby certify that a true and correct copy of the foregoing instrument has been e-filed/delivered by CM/ECF system at the United States Attorney's Office, El Paso Division. 700 E. San Antonio, Suite 200, El Paso, Texas 79901 on November 4, 2021.

/s/ LOUIS E. LOPEZ JR.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA § | |
| § | |
| vs. § | Case Number: EP:21-M -02379(1) |
| § | |
| (1) LESLY ANAISS MURGA § | |

**ORDER SETTING IDENTITY/DETENTION HEARING - ZOOM**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **IDENTITY/DETENTION HEARING**, in Magistrate Courtroom 612, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

**November 08, 2021 at 11:00 AM**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Counsel for the defendant shall notify the defendant of this setting and if the defendant is on bond, advise the defendant to be present at this proceeding.

**IT IS SO ORDERED** this **3rd day of November, 2021.**

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

|  |  |  |
|---|---|---|
| **United States District Court** |  | **FILED** |
| Western District of Texas |  | Nov 4 2021 |
| El Paso Division |  | Clerk, U.S. District Court Western District of Texas |
|  | By: | *MVM* |
|  |  | Deputy |

**UNITED STATES OF AMERICA** §
§
§
vs. § **Case Number: EP:21-M -02379(1)RFC**
§
**(1) LESLY ANAISS MURGA** §
§
*Defendant*

# AMENDED
# ORDER SETTING IDENTITY/DETENTION HEARING- ZOOM

   IT IS HEREBY ORDERED that the above entitled and numbered case is set for IDENTITY/DETENTION HEARING in Magistrate Courtroom, Room 612, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

<u>**Monday, November 08, 2021 at 11:00 AM**</u>

   IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating this Order, which may include sanctions such as delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the grant of new trial, the dismissal of an action, or finding in contempt.

IT IS SO ORDERED this **4th day of November, 2021.**

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE



U.S. Department of Justice

*United States Attorney*
*Western District of Texas*

*700 E. San Antonio, Suite 200*    *Phone 915.534.6884*
*El Paso, Texas 79901*               *Facsimile 915.534.6024*

November 4, 2021

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

      RE:    **U.S. v. LESLY ANAISS MURGA**
               **Case No.: EP-21-M-2379-RFC**

Dear Sir or Madam:

    This is to advise you that the undersigned Assistant United States Attorney is currently the attorney assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith. Please update your records to accurately reflect this information.

    Thank you for your attention to this matter.

                                                          Respectfully submitted,

                                                          ASHLEY C. HOFF
                                                          UNITED STATES ATTORNEY

                             By:   *Herbert L. Bunton, III*
                                        HERBERT L. BUNTON III
                                        Assistant U.S. Attorney
                                        Pennsylvania Bar #210030
                                        700 E. San Antonio, Suite 200
                                        El Paso, Texas  79901
                                        (915) 534-6884

(Rule 5)

FILED
November 09, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Erika Gonzalez_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

UNITED STATES OF AMERICA, §
§
vs. §
§   CAUSE NO. EP: 21-MJ-02379-RFC
Lesly Anaiss Murga §
Defendant. §

## WAIVER OF RULE 5(c)(3) HEARINGS

I, __Lesly Anaiss Murga__, understand that charges are pending against me in another district. I have been arrested in this district and taken before a United States Magistrate Judge who informed me of those charges(s), the applicable penalties, and of my right to: (1) retain counsel or request the appointment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing, and or (4) a hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe the charged offense(s) has/have been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO:

_____ Preliminary hearing

_____ Preliminary hearing in El Paso but I request that a preliminary hearing be held in the prosecuting district

__✓__ Identity hearing

_____ Detention hearing

_____ Detention hearing in El Paso but I request that a detention hearing be held in the prosecuting district

_____ Government withdrew Motion to Detain Defendant Without Bond and agreed to a bond in the amount of: _____.

_[signature]_ on behalf of defendant
Defendant

11/9/21                             _[signature]_
Date                                Defense Counsel

FILED
November 09, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Elizabeth Martinez__
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | No. EP-21-M-02379-RFC |
| § | |
| **LESLY ANAISS MURGA** § | |

## APPEARANCE BOND

### Defendant's Agreement

I, LESLY ANAISS MURGA *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

☒ to appear for court proceedings;
☒ if convicted, to surrender to serve a sentence that the court may impose; or
☒ to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

☐ (1) This is a personal recognizance bond.

☐ (2) This is an unsecured bond of $_____.

☒ (3) This is a secured bond of $20,000.00, secured by:

  ☒ (a) $2,000.00 in cash deposited with the court; OR

  ☐ (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

  If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  ☐ (c) a bail bond with a solvent surety
  *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Based on AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

11/9/2021
Date

*[signature]*
LESLY ANAISS MURGA
*Defendant's signature*

_____
*Defendant's address*

_____
*Defendant's phone number*

_____
*Surety/property owner – address*

_____
*Surety/property owner – phone number*

_____
*Surety/property owner – printed name*

*[signature]*
*Surety/property owner – signature and date*

11/9/2021
Date

*[signature] Stevvy Gabaldon*
*Signature of Clerk, Deputy Clerk, or Pretrial Officer*

Approved.

11/9/2021
Date

*[signature]*
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § §  |
| v. | § No. EP-21-M-02379-RFC |
| LESLY ANAISS MURGA | § § § |

## ORDER SETTING CONDITIONS OF RELEASE

On November 8, 2021, the defendant appeared before the undersigned:

☐ For an initial appearance and the conditions of the defendant's release were set.

☒ For a detention hearing and, pursuant to agreement of the parties, the conditions of the defendant's release were set.

☐ For a detention hearing and the Court found that there are conditions or a combination of conditions that will reasonably assure the defendant's presence as required and/or the safety of the community

**IT IS ORDERED** that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number. The defendant is ordered to reside at:



(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:

*NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION HAS BEEN NOTIFIED OF THE DEFENDANT'S BOND AND WILL SET A HEARING AT A LATER DATE*

(5) The defendant must sign an Appearance Bond, if ordered.

1

Based On AO 199A-C, Order Setting Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

**IT IS FURTHER ORDERED** that the defendant's release is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of:
Person or organization:
Address (only if above is an organization):
City and state:
Tel. No.:
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                    Custodian                                Date

(7) The defendant must:
☒ (a) submit to supervision by and report for supervision to Pretrial Services.
☒ (b) continue or actively seek employment.
☐ (c) continue or start an education program.
☒ (d) surrender any passport to Pretrial Services
☒ (e) not obtain a passport or other international travel document.
☒ (f) abide by the following restrictions on personal association, residence, or travel:
- The defendant shall not travel to Mexico or any other foreign country without permission from the Court.
- The defendant shall not depart El Paso County without prior permission from Pretrial Services.
- The Defendant shall remain in El Paso County and be allowed to travel to Dallas County, Texas for purposes of their case only. Defendant may not otherwise depart El Paso County, unless, prior to departure, permission has been granted by the supervising Pretrial Services Office. **Without Court authorization, but with prior consent of the supervising Pretrial Services Office, Defendant may travel to and from the Dallas County, Texas for purposes of their case only.**

☒ (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, or with any co-defendant.
☒ (h) get medical or psychiatric treatment as directed by Pretrial Services.
☐ (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes:_____
☐ (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
☐ (k) not possess, or otherwise have custody of a firearm, destructive device, or other dangerous weapon.
☒ (l) not use alcohol ☒ at all.
☒ (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
☒ (n) submit to testing for a prohibited substance as directed by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
☒ (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling as directed by the pretrial services office or supervising officer.
☐ (p) participate in one of the following location restriction programs and comply with its requirements as directed.

☐      (i) **Curfew.** You are restricted to your residence every day ☐ from _____ to _____, or ☐ as directed by the pretrial services office or supervising officer; or

☐      (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

☐      (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

☐      (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

☐ (q) submit to the following location monitoring technology and comply with its requirements as directed:
     ☐ (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
     ☐ (ii) Voice Recognition; or
     ☐ (iii) Radio Frequency; or
     ☐ (iv) GPS.

☐ (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

☐ (s) shall obtain and maintain a landline during the pendency of this case.

☒ (t) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:
YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
1. an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more -- you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
2. an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
3. any other felony -- you will be fined not more than $250,000 or imprisoned not more than two years, or both;
4. a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

LESLY ANAISS MURGA
Defendant's Signature

### Directions to the United States Marshal

The defendant is **ORDERED** released after processing.

**SIGNED AND ENTERED** on 11/9/2021.

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

4