U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 2 8 2024

CLERK, U.S. DISTRICT COURT
By_____
Deputy

United States District Court
Northern District of Texas
Dallas Division
1100 Commerce Street, Room 1452
Dallas, TX 75242

June 15, 2024

United States of America

   Vs.                              Case No. 3:19-cr-00371-1

PAULINO GOMEZ BETANCOURT
   (Defendant)

Re: Motion Requesting Court Appointed Counsel to Assist in
Reviewing and Filing a Motion for 2-Point Reduction

Comes now, PAULINO GOMEZ BETANCOURT(Petitioner) Pro Se, and
requests this court to appoint a court-appointed attorney to
assist in filing a petition for the 2-point reduction, pursuant
to 18 U.S.C. 3582(c)(2), Amendment 821. I am indigent and do not
have the means or resources to afford a private paid attorney.

May I, PAULINO GOMEZ BETANCOURT, respectfully obtain your
honorable assistance in filing the enclosed motion for Case No.
3:19-cr-00371-1.

   Defendant humbly prays to the honorable for assistance in
granting this petition through this motion to reduce this post
sentence.

Respectfully,

Paulino Gomez-Betancourt

PAULINO GOMEZ BETANCOURT
Reg. #69241065
F.C.I. Big Spring
1900 Simler Ave.
Big Spring, Texas 79720



RECEIVED

JUN 2 8 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
United States District Court
Northern District of Texas
Dallas Division
1100 Commerce Street, Room 1452
Dallas, TX 75242

June 15, 2024

RE: PAULINO GOMEZ BETANCOURT
Case No. 3:19-cr-00371-1
Request of 2-point reduction of sentence under 18 U.S.C.
3582(c)(2), Amendment 821

Honorable Judge,

Comes now PAULINO GOMEZ BETANCOURT(Defendant) with this pro se
motion to reduction of sentence under 18 U.S.C. 3582(c)(2),
Amendment 821, Defendant Case No. 3:19-cr-00371-1, who has been
sentenced to a term of imprisonment based on a sentencing
commission pursuant to 28 U.S.C. 994(c)

After considering the factors set forth in section 3553(a) to
the extent that these are applicable, if such a reduction is
consistent with the applicable policy statement issued by the
sentencing commission.

Respectfully,

Paulino Gomez Betancourt

PAULINO GOMEZ BETANCOURT
Reg. #69241065
F.C.I. Big Spring
1900 Simler Ave.
Big Spring, Texas 79720

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
LEGAL FLAT RATE ENVELOPE
POSTAGE REQUIRED



# UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# LEGAL FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

Legal Flat Rate Envelope
EP14L May 2020
OD: 15 x 9.5

PS00001000060

---

 Click-N-Ship®

usps.com   9405 5036 9930 0695 5459 08 0098 5000 0037 5242

US POSTAGE
Flat Rate Env

U.S. POSTAGE PAID
Click-N-Ship®

06/19/2024   Mailed from 77041   986734984485584

## PRIORITY MAIL®

PAULINO GOMEZ BETANCOURT
1900 SIMLER AVE
BIG SPRING TX 79720-7789

Expected Delivery Date: 06/22/24

0003

C001

COURT CLERK UNITED STATES DISTRICT
NORTHERN DIST OF TEXAS DALLAS DIV
STE 1452
1100 COMMERCE ST
DALLAS TX 75242-1310

### USPS TRACKING #

9405 5036 9930 0695 5459 08

Electronic Rate Approved #038555749

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14L © U.S. Postal Service May 2020; All rights reserved.