IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:19-CR-371-L |
| | § | |
| PAULINO GOMEZ BETANCOURT (01) | § | |

## ORDER OF REFERENCE

Before the court is Defendant's Motion Requesting Court Appointed Counsel to Assist in Reviewing and Filing a Motion for Two-Point Reduction ("Motion") (Doc. 225), filed June 28, 2024. Pursuant to 28 U.S.C. § 636(b), the Motion is hereby **referred** to United States Magistrate Judge **Rebecca Rutherford** for hearing, if necessary, and determination.

**It is so ordered** this 1st day of July, 2024.

Sam A. Lindsay
United States District Judge

Order - Solo Page