IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | No. 3:19-cr-00371-L-1 |
| | § | |
| **PAULINO GOMEZ BETANCOURT,** | § | |
| **#69241065** | § | |
| **Defendant.** | § | |

# ORDER

Before the court is Defendant Paulino Gomez Betancourt's Motion Requesting Court Appointed Counsel to Assist in Reviewing and Filing a Motion for 2-Point Reduction" ("Motion") (Doc. 225), filed June 28, 2024. Defendant seeks court-appointed counsel to help him file a petition for a "2-point reduction, pursuant to 18 U.S.C. § 3582(c)(2), Amendment 821" because he is indigent. *Id.*

The Sixth Amendment right to counsel does not extend to post-conviction proceedings. *See Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987) (no right to court appointed counsel for post-conviction proceedings); *United States v. Whitebird*, 55 F.3d 1007, 1010-11 (5th Cir. 1995) (no constitutional or statutory right to counsel in § 3582 proceedings). The court can appoint counsel if the interests of justice so require. *See* 18 U.S.C. § 3006A(a)(2)(B). In this case, "[t]he interests of justice do not require that counsel be appointed where a 'defendant's motion does not involve complicated or unresolved issues' or where a defendant proves capable of representing himself pro se." *United States v. Munoz*, 2024 WL 1119416, at *1 (S.D. Tex. Mar. 13, 2024) (quoting *United States v. Joseph*, 2020 WL 3128845, at *2 (E.D. La. June 12, 2020)).

Defendant has not shown that the interests of justice require appointing counsel at this time. Whether Defendant qualifies for a reduction under Amendment 821 is a narrow and uncomplicated issue. *See, e.g.*, *United States v. Zuniga*, 2024 WL 1259275, at *1 (S.D. Tex. Mar. 25, 2024).

Accordingly, the Motion is **denied without prejudice**. Further, the order of reference (Doc. 226) referring the Motion to the United States Magistrate Judge is hereby **vacated**.

**It is so ordered** this 22nd day of July.

Sam A. Lindsay
United States District Judge